# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| WCI COMMUNITIES, INC., STEPHEN D. PLAVIN, PATRICK J. BARTELS, JR., KEITH E. BASS, MICHELLE MACKAY, DARIUS G. NEVIN, CHARLES C. REARDON, et al. | ) 2: 16-CV- 846 -FtM- 29CM ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* PATRICK J. BARTELS, JR.
c/o WCI COMMUNITIES, INC.
24301 Walden Center Drive, Bonita Springs, Florida 34134

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Christopher S. Polaszek
THE POLASZEK LAW FIRM, PLLC
3407 W. Kennedy Blvd.
Tampa, FL 33609
Tel.: (813) 574-7678
E-mail: chris@polaszeklaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 12/1/16

_____
*Signature of Clerk or Deputy Clerk*