# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### FT. MYERS DIVISION

| | |
|---|---|
| PAUL PARSHALL, Individually and On Behalf of All Others Similarly Situated, | ) ) ) |
| Plaintiff, | ) ) Case No. 2:16-cv-00846-JES-CM |
| v. | ) ) ) |
| WCI COMMUNITIES, INC., STEPHEN D. PLAVIN, PATRICK J. BARTELS, JR., KEITH E. BASS, MICHELLE MACKAY, DARIUS G. NEVIN, CHARLES C. REARDON, CHRISTOPHER E. WILSON, LENNAR CORPORATION, MARLIN BLUE LLC, and MARLIN GREEN CORP., | ) ) ) ) ) ) ) ) |
| Defendants. | ) |

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice as to his claims and the claims of the putative class, with each party to bear its own costs. Defendants have filed neither an answer nor a motion for summary judgment in the Action. In dismissing the Action without prejudice, plaintiff reserves all rights, including the right to seek a mootness fee from defendants.

Dated: March 21, 2017

**OF COUNSEL:**

**RIGRODSKY & LONG, P.A.**
Brian D. Long (PA Bar No. 82370)
Gina M. Serra (PA Bar No. 308207)
2 Righter Parkway, Suite 120
Wilmington, DE 19803
(302) 295-5310

**THE POLASZEK LAW FIRM, PLLC**

By: */s/ Christopher S. Polaszek*
Christopher S. Polaszek
Florida Bar No. 0116866
3407 W. Kennedy Blvd.
Tampa, FL 33609
(813) 574-7678
chris@polaszeklaw.com

*Attorneys for Plaintiff*

**RM LAW, P.C.**
Richard A. Maniskas
1055 Westlakes Drive, Suite 3112
Berwyn, PA 19312
(484) 324-6800