UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PAUL PARSHALL, individually
and on behalf of all others
similarly situated,

    Plaintiff,

v.                                  Case No: 2:16-cv-846-FtM-29CM

WCI COMMUNITIES, INC.,
STEPHEN D. PLAVIN, PATRICK
J. BARTELS, JR. , KEITH E.
BASS, MICHELLE MACKAY,
DARIUS G. NEVIN, CHARLES C.
REARDON, CHRISTOPHER E.
WILSON, LENNAR CORPORATION,
MARLIN BLUE LLC, and MARLIN
GREEN CORP.,

    Defendants.

## **ORDER**

This matter comes before the Court on plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. #34) filed on March 21, 2017.  No answer or motion for summary judgment has been filed by defendants; therefore a voluntary dismissal is appropriate and the case will be closed.  The Court will take no further action on the Order to Show Cause (Doc. #33).

    Accordingly, it is now

    **ORDERED AND ADJUDGED:**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), this action is **DISMISSED** without prejudice.  The Clerk shall terminate all

previously scheduled deadlines and pending motions, and close the file.

**DONE and ORDERED** at Fort Myers, Florida, this __22nd__ day of March, 2017.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Parties of record